IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| GLORIA MANOR,<br>    PLAINTIFF,<br><br>V.<br><br>NICOLE POWERS AND<br>THE SHERWIN-WILLIAMS COMPANY,<br>    DEFENDANTS. | CAUSE NO. 1:22-CV-00003-LY |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On March 16, 2023, the parties filed a Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. #18). Accordingly,

**IT IS ORDERED** that the Final Pretrial Conference set for September 29, 2023, is **CANCELLED**.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this _20th_ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE